No. 20-1495

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

LEADERS OF A BEAUTIFUL STRUGGLE; ERRICKA BRIDGEFORD; KEVIN JAMES,

*Plaintiffs-Appellants,*

v.

BALTIMORE POLICE DEPARTMENT; MICHAEL S. HARRISON, in his official capacity as Baltimore Police Commissioner,

*Defendants-Appellees.*

---

On Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:20-cv-00929-RDB)

---

**MOTION FOR LEAVE TO FILE BRIEF OF CENTER ON PRIVACY AND TECHNOLOGY AT GEORGETOWN LAW AS *AMICUS CURIAE* IN SUPPORT OF APPELLANTS' PETITION FOR REHEARING EN BANC**

---

Laura Moy
  *Counsel of Record*
Michael Rosenbloom
Communications & Technology Law
  Clinic, Georgetown Law
600 New Jersey Avenue NW
Washington, DC 20001
(202) 662-9547

# MOTION FOR LEAVE TO FILE BRIEF OF THE CENTER ON PRIVACY & TECHNOLOGY AT GEORGETOWN LAW AS *AMICUS CURIAE* IN SUPPORT OF APPELLANTS' PETITION FOR REHEARING EN BANC

The Center on Privacy and Technology at Georgetown Law, by and through undersigned counsel, respectfully moves for leave to file a 2594 word amicus curiae brief pursuant to Rule 29 of the Federal Rules of Appellate Procedure, in support of Appellants' Petition for rehearing en banc. Amicus states the following:

1. The Center on Privacy & Technology at Georgetown Law is a think tank focused on privacy and surveillance law and policy.

2. The Center has an interest in safeguarding the privacy rights of everyday people from illegal government and corporate surveillance. The Center especially focuses on protecting the privacy of historically marginalized communities, who are neglected in discussions about surveillance programs yet often disparately impacted by them. The Center advocates for careful consideration of race, class, and power in privacy policy.

3. The proposed amicus brief is helpful to the Court. It shows how the panel majority's holding will lead to harm to low-income communities of color from disproportionate surveillance, and how the majority's

holding conflicts with Supreme Court precedent in *Carpenter v. U.S.*, 138 S. Ct. 2206 (2018).

    4. All parties have consented to this filing.

    For the foregoing reasons, amicus respectfully requests the Court grant this motion for leave to file the accompanying amicus curiae brief.

Respectfully Submitted,

*/s/ Laura M. Moy*
Laura M. Moy
  *Counsel of Record*
Michael Rosenbloom
Communications & Technology
  Law Clinic, Georgetown Law
600 New Jersey Avenue NW
Washington, DC 20001
(202) 662-9547

# CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2020 I electronically filed the foregoing motion and attached amicus curiae brief using the CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served through CM/ECF.

Respectfully Submitted,

/s/ *Laura M. Moy*
Laura M. Moy
  *Counsel of Record*
Michael Rosenbloom
Communications & Technology
  Law Clinic, Georgetown Law
600 New Jersey Avenue NW
Washington, DC 20001
(202) 662-9547