FILED: January 7, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1495
(1:20-cv-00929-RDB)

_____

LEADERS OF A BEAUTIFUL STRUGGLE; ERRICKA BRIDGEFORD; KEVIN JAMES

       Plaintiffs - Appellants

v.

BALTIMORE POLICE DEPARTMENT; MICHAEL S. HARRISON, in his official capacity as Baltimore Police Commissioner

       Defendants - Appellees

------------------------------

NAACP LEGAL DEFENSE & EDUCATION FUND, INC.; CASA DE MARYLAND, INC.; RABBI DANIEL COTZIN BURG; CITIZENS POLICING PROJECT; EQUITY MATTERS; REVEREND GREY MAGGIANO; ELECTRONIC FRONTIER FOUNDATION; BRENNAN CENTER FOR JUSTICE; ELECTRONIC PRIVACY INFORMATION CENTER; FREEDOMWORKS FOUNDATION; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; RUTHERFORD INSTITUTE; POLICING PROJECT; CENTER ON PRIVACY & TECHNOLOGY AT GEORGETOWN LAW

       Amici Supporting Rehearing Petition

_____

O R D E R

_____

Upon consideration of the motions to file amici curiae briefs, the court grants the motions and accepts the amici briefs filed by The NAACP Legal Defense & Educational Fund, Inc., Casa de Maryland, Inc., Rabbi Daniel Cotzin Burg, Citizens Policing Project, Equity Matters, Reverend Grey Maggiano; Electronic Frontier Foundation, Brennan Center for Justice, Electronic Privacy Information Center, FreedomWorks Foundation, National Association of Criminal Defense Lawyers, Rutherford Institute, Policing Project and Center on Privacy & Technology at Georgetown Law.

> For the Court--By Direction
>
> /s/ Patricia S. Connor, Clerk